JUSTIN D. BALSER (Bar No. 213478)
AKERMAN SENTERFITT LLP
The Kitteredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: justin.balser@akerman.com

DONALD M. SCOTTEN (Bar No. 190532)
Email: donald.scotten@akerman.com
AKERMAN SENTERFITT LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: donald.scotten@akerman.com

PATRICK J. WALSH*
AKERMAN SENTERFITT
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: patrick.walsh@akerman.com
*pro hac vice application pending

MICHAEL A. ROLLIN (Bar No. 251557)
REILLY POZNER LLP
The Kitteredge Building
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Email: mrollin@rplaw.com

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT MORTGAGE CORP. d/b/a Direct Mortgage Wholesale Corp., <br><br> Defendant. | Case No. <br><br> **CV09-04170 GW (AGRx)** <br><br> **COMPLAINT** |

FILED
2009 JUN 11  PM 3:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

COPY

Plaintiff, Lehman Brothers Holdings Inc. (**LBHI**), for its Complaint against defendant, Direct Mortgage Corp. d/b/a Direct Mortgage Wholesale Corp. (**Direct Mortgage**), alleges as follows:

## NATURE OF ACTION

1. Lehman Brothers Bank, FSB (**LBB**, and together with LBHI, **Lehman**) purchased mortgage loans from Direct Mortgage pursuant to written contracts. LBB subsequently assigned its rights under those contracts to LBHI.

2. Direct Mortgage breached the contracts with respect to certain mortgage loans. In this action, LBHI seeks redress for those breaches and states claims against Direct Mortgage for breach of contract, specific performance and breach of express warranty.

## PARTIES

3. Plaintiff LBHI is a Delaware corporation with its principal place of business in New York, New York.

4. Defendant Direct Mortgage is a Utah corporation qualified to do business in California and having its principal place of business in Salt Lake City, Utah.

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because this action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this district under 28 U.S.C. § 1391(c) because defendant is a corporation that is deemed to reside in the district.

## FACTUAL ALLEGATIONS

7. Lehman engages in the purchase and sale of mortgage loans.

8. Direct Mortgage engages in mortgage lending, as well as the sale of mortgage loans in the secondary market to investors such as Lehman.

9. Direct Mortgage entered into written Loan Purchase Agreements with LBB, including the Loan Purchase Agreement (Servicing Released Transactions) dated September 2, 2004 (the **Agreements**).

10. The Agreements specifically incorporate the terms and conditions of the Seller's Guide of Lehman's agent, Aurora Loan Services LLC, which sets forth additional duties and obligations of Direct Mortgage.

11. Each of the Agreements and the Seller's Guide sets forth the duties and obligations of the parties with respect to the sale and purchase of mortgage loans, including, but not limited to, purchase price, delivery and conveyance of the mortgage loans and mortgage loan documents, examination of mortgage loan files and underwriting, representations and warranties concerning the parties and individual mortgage loans purchased or sold, and remedies for breach.

12. Direct Mortgage sold mortgage loans to Lehman under the Agreements and Seller's Guide, including the loans listed on EXHIBIT A.

13. Subsequent to the sales, LBB assigned all of its rights and remedies under the Agreements and Seller's Guide to LBHI.

### Representations, Warranties and Covenants

14. With respect to each of the loans sold to Lehman under the Agreements and Seller's Guide, Direct Mortgage made representations, gave warranties and covenanted certain facts concerning the mortgage loans including, without limitation, with respect to:

    (a) the validity of all mortgage loan documentation;

    (b) the accuracy and integrity of all information and documentation regarding borrower identity, income, employment, credit, assets, and liabilities used in making the decision to originate the mortgage loans;

    (c)    occupancy by the borrowers of the properties securing the mortgage loans;

    (d)    the ownership, nature, condition, and value of the real properties securing the mortgage loans; and

    (e)    the conformance of the mortgage loans with applicable underwriting guidelines and loan program requirements.

15. Direct Mortgage also represented and/or warranted that no errors, omissions, misrepresentations, negligence, fraud, or other mistakes or wrongdoing, occurred or were committed by any person involved in the origination of the mortgage loans, and that no predatory or deceptive lending practices were used in the origination of the mortgage loans.

16. Direct Mortgage represented and/or warranted that it has the ability to perform its obligations under, and satisfy all requirements of, the Agreements and Seller's Guide.

17. Lehman discovered that Direct Mortgage had breached representations, warranties and/or covenants under the Agreements and Seller's Guide, including, without limitation, those set forth in paragraphs 14 and 15 above, with respect to loans numbered 1 – 3 on EXHIBIT A (the **Breaching Loans**).

18. LBHI, through its agent, provided Direct Mortgage with written notice concerning Direct Mortgage's breaches with respect to the Breaching Loans.

19. The Agreements and Seller's Guide provide that in the event of a breach of the representations, warranties and/or covenants, LBHI or its agent may demand that Direct Mortgage repurchase the loans at a certain repurchase price.

20. LBHI, through its agent, has demanded that Direct Mortgage repurchase the Breaching Loans at the specified repurchase price.

21. Direct Mortgage has refused or otherwise failed to repurchase the Breaching Loans and has otherwise failed to comply with its obligations under the Agreements and Seller's Guide.

### Early Payment Defaults

22. The Agreements and Seller's Guide further specify that LBHI or its agents may demand that American Home repurchase, and that American Home shall repurchase, mortgage loans that become Early Payment Defaults.

23. A loan becomes an Early Payment Default under the Agreements and Seller's Guide in one of two ways. For loans prior-approved by the purchaser, the loan becomes an Early Payment Default if the borrower fails to make the first monthly payment due within 30 days of the payment's due date. For loans purchased pursuant to the seller's delegated underwriting authority, eligible for delegated underwriting, or purchased in bulk transactions, the loan becomes an Early Payment Default if the borrower fails to make the first or second monthly payment within 30 days of each such monthly payment's respective due date.

24. Loans numbered 4 and 5 on EXHIBIT A (the **EPD Loans**) became Early Payment Defaults because the borrowers failed to make the first and/or second payments within 30 days of the due dates for those payments.

25. LBHI, through its agent, provided American Home with written notice concerning the fact that the EPD Loans became Early Payment Defaults and demanded that American Home repurchase the loans.

26. American Home has refused or otherwise failed to repurchase the EPD Loans and has otherwise failed to comply with its obligations under the Agreements and Seller's Guide.

### FIRST CLAIM FOR RELIEF
### BREACH OF CONTRACT

27. LBHI realleges paragraphs 1 – 26.

28. Each of the Agreements and the Seller's Guide is a valid and enforceable contract that is binding upon Direct Mortgage.

29. Lehman, Lehman's agents and any and all assignees of Lehman's rights have substantially performed all of their obligations under the Agreements and Seller's Guide.

30. Direct Mortgage breached the Agreements and Seller's Guide by (a) breaching the representations, warranties, and/or covenants, (b) refusing or otherwise failing to repurchase the Breaching Loans and/or failing to indemnify Lehman, and (c) refusing or otherwise failing to repurchase the EPD Loans.

31. Direct Mortgage's breaches of the Agreements and Seller's Guide resulted in actual and consequential damages to LBHI in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF
### SPECIFIC PERFORMANCE

32. LBHI realleges paragraphs 1 – 31.

33. In the alternative, LBHI seeks specific performance.

34. Each of the Agreements and the Seller's Guide is a valid and enforceable contract that is binding upon Direct Mortgage.

35. The contractual repurchase provisions are definite.

36. The Agreements and Seller's Guide are just and reasonable.

37. Lehman, Lehman's agents and any and all assignees of Lehman's rights have substantially performed all of their obligations under the Agreements and the Seller's Guide.

38. Direct Mortgage breached the Agreements and Seller's Guide by (a) breaching the representations, warranties, and/or covenants, (b) refusing or otherwise failing to repurchase the Breaching Loans and or failing to indemnify Lehman, and (c) refusing or otherwise failing to repurchase the EPD Loans.

39. Due to the unique and specific nature of mortgage loans intended for securitization and the real property securing the mortgage loans, LBHI has no adequate remedy at law for redress of Direct Mortgage's breaches of the representations and/or warranties and its obligation to repurchase loans that

have become Early Payment Defaults.

40. LBHI is therefore entitled to an Order of this Court requiring specific performance by Direct Mortgage of its repurchase obligations under the Agreements and Seller's Guide.

### THIRD CLAIM FOR RELIEF
#### BREACH OF EXPRESS WARRANTY

41. LBHI realleges paragraphs 1 – 40.

42. The Agreements and Seller's Guide constitute valid and enforceable contracts that are binding upon Direct Mortgage.

43. Direct Mortgage made express warranties as set forth in paragraphs 14 and 15 above with regard to each of the mortgage loans sold to Lehman under the Agreements and Seller's Guide.

44. The express warranties contained in the Agreements and Seller's Guide were part of the basis of the bargain between Lehman and Direct Mortgage.

45. Direct Mortgage breached these express warranties with respect to the Breaching Loans.

46. LBHI, through its agent, provided Direct Mortgage with timely written notice concerning Direct Mortgage's breaches of the express warranties.

47. Direct Mortgage refused or otherwise failed to take adequate steps to remedy or to compensate Lehman for Direct Mortgage's breaches of the express warranties.

### RELIEF SOUGHT FOR THESE CLAIMS

*Wherefore*, plaintiff LBHI respectfully asks the Court to grant judgment in its favor and against defendant Direct Mortgage:

    (a) Awarding damages sustained as a result of Direct Mortgage's breaches of contract with respect to the Agreements and Seller's Guide, in an amount to be determined at trial, plus interest;

(b) Awarding damages sustained as a result of Direct Mortgage's breaches of express warranty with respect to the Agreements and Seller's Guide, in an amount to be determined at trial, plus interest;

(c) Granting a decree of specific performance requiring Direct Mortgage to repurchase immediately the mortgage loans identified in EXHIBIT A pursuant to the Agreements and Seller's Guide;

(d) Awarding a declaration that:

   (i) Direct Mortgage is required to repurchase immediately from LBHI the mortgage loans identified in EXHIBIT A;

   (ii) Direct Mortgage is required to compensate LBHI immediately for all actual and consequential damages resulting from Direct Mortgage's breaches of the representations and/or warranties and Early Payment Default provisions of the Agreements and Seller's Guide.

(e) Awarding reasonable attorneys' fees and costs incurred in litigating this action; and

(f) Awarding such other and further relief as the Court deems just and proper.

Dated: June 11, 2009

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: _____
Donald M. Scotten
Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

**EXHIBIT A**

## LEHMAN BROTHERS HOLDINGS INC. v. DIRECT MORTGAGE CORP.

### EXHIBIT A

|   | AURORA LOAN No. | NATURE OF CLAIM |
|---|---|---|
| 1 | 32282592 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |
| 2 | 32289290 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |
| 3 | 32397507 | BREACH OF REPRESENTATIONS, WARRANTIES AND/OR COVENANTS |
| 4 | 33203118 | EARLY PAYMENT DEFAULT |
| 5 | 33242207 | EARLY PAYMENT DEFAULT |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV09- 4170 GW (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Donald M. Scotten, Esq.
AKERMAN SENTERFITT LLP
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lehman Brothers Holdings Inc., <br><br> PLAINTIFF(S) <br> v. <br><br> Direct Mortgage Corp. d/b/a Direct Mortgage Wholesale Corp., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV09-04170 GW (AGRx) <br><br> SUMMONS |

TO:    DEFENDANT(S):  Direct Mortgage Corp. d/b/a Direct Mortgage Wholesale Corp.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Donald M. Scotten__, whose address is __Akerman Senterfitt LLP, 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN 1 1 2009__     By: __LAUREE HORN__
                                 Deputy Clerk

                                 (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                         SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Lehman Brothers Holdings Inc.

**DEFENDANTS**
Direct Mortgage Corp. d/b/a Direct Mortgage Wholesale Corp.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Akerman Senterfitt LLP
725 South Figueroa Street, 38th Floor
Los Angeles, CA 90017

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332(a)(1); Breach of Contract

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☒ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions |  |  | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land |  |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 245 Tort Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV09-04170**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): SACCV 09-00427 CJC (RNBx); CV 09-03817 CJC (RNBx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | New York |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Alameda |
|  | Arizona |
|  | Nevada |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _/s/ Donald M. Scotten_    Date June 11, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |